IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EDWARD LEE CARTER                                                                                    PLAINTIFF

V.                                         NO.  3:06CV00137 GTE

STATE OF ARKANSAS, et al                                                                         DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

IT IS SO ORDERED this 16th day of November, 2006.


                                                  /s/ Garnett Thomas Eisele
                                      UNITED STATES DISTRICT JUDGE